IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| THE ERICA P. JOHN FUND, INC., On Behalf of Itself and All Others Similarly Situated, | § § § § | In the United States District Court for the Northern District of Texas |
| Lead Plaintiff, | § § | Case No. 3:02-CV- 1152-M |
| vs. | § § | |
| HALLIBURTON COMPANY and DAVID J. LESAR, | § § § | Misc. Civil Action No. 16-MC-13-F U.S. District Court for the District of |
| Defendants. | § § | Wyoming |

**ORDER GRANTING MOTION TO QUASH**

Having considered Non-Party Richard Cheney's Motion to Quash Subpoena to Testify at a Deposition, it is hereby

**ORDERED** that Mr. Cheney's motion is **GRANTED**.

**SO ORDERED.**

Date: _____, 2016               _____

1

Copies to:

Jessica B. Pulliam
Thomas E. O'Brien
John B. Lawrence
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone No. (214) 953-6500
Facsimile No. (214) 953-6503

David Sterling
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone No. (713) 229-1234
Facsimile No. (713) 229-2099

*Counsel For Defendants Halliburton Company and David J. Lesar*

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Carl E. Goldfarb
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

*Lead Counsel to Lead Plaintiff, The Erica P. John Fund, Inc.*

Kim E. Miller
KAHN SWICK & FOTI, LLC
250 Park Avenue, Suite 2040
New York, NY 10177
Tel: (212) 696-3730
Fax: (504) 455-1498

Lewis S. Kahn
Michael Swick
Neil Rothstein
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Tel: (504) 455-1400
Fax: (504) 455-1498

*Special Counsel to Lead Plaintiff, The Erica P. John Fund, Inc.*

E. Lawrence Vincent
THE LAW OFFICE OF JOE H. STALEY, JR., P.C.
3100 Monticello Ave., Suite 850
Dallas, Texas 75205
Tel: (214) 739-3700
Fax: (214) 739-1919

*Attorney for Lead Plaintiff, The Erica P. John Fund, Inc.*

Patrick R. Day (Wyo. Bar No. 5-2246)
JoAnna S. DeWald (Wyo. Bar No. 7-5631)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Tel: (307) 778-4200
Fax: (307) 778-8175
pday@hollandhart.com
jsdewald@hollandhart.com

Terrence O'Donnell
Simon A. Latcovich
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Richard Cheney*